OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 10. 2015.

**7/8/2015**
**DRYMAN, RICHARD PAUL   Tr. Ct. No. B070545AR          WR-83,279-01**
On this day the Application for writ of habeas corpus has been dismissed without written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk



RICHARD PAUL DRYMAN
- TDC # 1918551